JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MONICA V. ARIZMENDI,
Plaintiff,

vs.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No: 5:26-cv-00939-AYP

~~**[PROPOSED]**~~
**JUDGMENT**

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 3, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE